UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Manny Dossantos,

                    Petitioner,

-against-

United States of America,

                    Respondent.

**ORDER**

16 Civ. 4343 (ER)

Ramos, D.J.:

On June 9, 2016, Manny Dossantos moved to vacate his conviction for possessing a gun in furtherance of a crime of violence under 18 U.S.C. § 924(c). This Court vacated that conviction at the hearing held on October 24, 2019. Therefore, the petition is now moot. The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: New York, New York
       February 13, 2020

                                                          Edgardo Ramos, U.S.D.J.